# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Joaquin Enrique Alcantar Ramos,<br>a.k.a.: Joaquin Enrique Alcantar-Ramos,<br>a.k.a.: Joaquin Alcantar-Ramos<br>(A095 800 545)<br>*Defendant* | Case No. 17-7498MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 15, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Joaquin Enrique Alcantar Ramos, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Nogales, Arizona, on or about January 25, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Brandon Brown

☒ Continued on the attached sheet.

*Complainant's signature*

Richard G. Prunty,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 16, 2017

*Judge's signature*

Bridget S. Bade,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Richard G. Prunty, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 15, 2017, the Phoenix Police Department (PPD) encountered Joaquin Enrique Alcantar Ramos during a service call at 48934 North 35th Avenue, in Phoenix, Arizona. PPD Officer Morales suspected Alcantar Ramos to be illegally present in the United States and contacted the Phoenix ICE Law Enforcement Agency Response Unit for assistance. ICE Officer Rojo telephonically interviewed Alcantar Ramos and determined him to be a citizen of Mexico, illegally present in the United States. On the same date, Alcantar Ramos was released to ICE custody and transported to the Phoenix ICE office for further investigation and processing. Alcantar Ramos was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Joaquin Enrique Alcantar Ramos to be a citizen of Mexico and a previously deported criminal alien. Alcantar Ramos was removed

1

from the United States to Mexico through Nogales, Arizona, on or about January 25, 2013, pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Alcantar Ramos in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Alcantar Ramos' immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Joaquin Enrique Alcantar Ramos was convicted of Criminal Impersonation, a felony offense, on January 23, 2013, in the Superior Court of Arizona, Maricopa County. Alcantar Ramos was sentenced to ninety (90) days' incarceration and one (1) year of probation. Alcantar Ramos' criminal history was matched to him by electronic fingerprint comparison.

5. On October 15, 2017, Joaquin Enrique Alcantar Ramos was advised of his constitutional rights. Alcantar Ramos freely and willingly acknowledged his rights and agreed to provide a statement under oath. Alcantar Ramos stated that his true and complete name is Joaquin Enrique Alcantar Ramos, and that he is a citizen of Mexico. Alcantar Ramos stated that he entered the United States "No recuerdo," through "No recuerdo," without inspection by an immigration officer. Alcantar Ramos further stated that he has been removed from the United States.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 15, 2017, Joaquin Enrique Alcantar Ramos, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about January 25, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Richard G. Printy,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 16th day of October, 2017.

_____
Bridget S. Bade,
United States Magistrate Judge